U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 11 2007

ROBERT H SHEMWELL, CLERK
BY _____ DEPUTY
       SHREVEPORT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| SEAN DANIELS | CIVIL ACTION NO. 07-679-P |
| VERSUS | JUDGE WALTER |
| SHERIFF GUSSMEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 10th day of September 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE